[No. 10882-1-III.    Division Three.    March 24, 1992.]

RALPH E. OLSON, ET AL, *Respondents*, v. KIRK KILGORE, ET AL, *Defendants*, KEN KILGORE, ET AL, *Appellants*, DELANEY VANDEBRAKE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 89-2-00488-1, John E. Bridges, J., entered

May 23, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson, J., and Hanson, J. Pro Tem.